# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHRISTOPHER ALPINI, | : No. 457 MAL 2021 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (TINICUM TOWNSHIP), | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

(1)    Is an employer that paid Heart and Lung Act benefits entitled to subrogation from a claim in which the employee was injured and asserted motor vehicle negligence- and Dram Shop Act-based claims?

Justice Brobson did not participate in the consideration or decision of this matter.